## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN EDMISTEN, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-cv-1708-GMN-VCF |
| R. YANAGIHARA et al., | ) **ORDER** |
| Defendants. | ) |

## I. DISCUSSION

On October 16, 2014, Plaintiff, a *pro se* prisoner, initiated this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1). At the time, Plaintiff was incarcerated at the Clark County Detention Center. However, it now appears that Plaintiff is in the custody of the Nevada Department of Corrections. Plaintiff has not provided this Court with an updated address.

The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his current address with the Court within thirty (30) days from the date of entry of this order.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This \_10th\_ day of February, 2015.

_____
United States Magistrate Judge

2